A90A0915. DECATUR et al. v. BARNETT et al.
(407 SE2d 139)

POPE, Judge.

Our judgment in this case at 197 Ga. App. 459 (398 SE2d 706) (1990) has been reversed by the Supreme Court on certiorari. *Barnett v. Decatur*, 261 Ga. 205 (403 SE2d 46) (1991). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court. The judgment of the trial court is affirmed.

*Judgment affirmed. Beasley and Andrews, JJ., concur.*

DECIDED JUNE 6, 1991.

*Levine & D'Alessio, Caitlin L. Decatur*, pro se.
*Sarah H. Murphy, Savell & Williams, John C. Parker, Debra L. Dalton, R. Dolores Daniel, McMorries, McClure, Daniel & Lunday, Jon W. McClure*, for appellees.